IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDY RILEY, ANASTACIA RILEY, THOMAS PERRICK,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO, NATIONAL ASSOCIATION, GLOBAL ATLANTIC FINANCIAL GROUP, DOES 1-10,<br><br>Defendants. | CV 25-37-M-KLD<br><br>ORDER |

    I hereby recuse myself from this matter and request that the case be reassigned.

    DATED this 7th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1